# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFF**

Great-West Life & Annuity Insurance Company

**DEFENDANT**

Donald Miller, Hardin Ramey and Blakeley & Ramey

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Arapahoe, CO
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas H. Lawrence
LAWRENCE & RUSSELL
5050 Poplar Ave., Suite 1617
Memphis, TN 38157
901-844-4430

FEB 1 2002

ATTORNEYS (IF KNOWN)  3-02CV0334-D

Hardin Ramey
Blakeley & Ramey
12225 Greenville Avenue, Ste. 880
Dallas, Texas 75243

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

29 U.S.C. § 1132(a)(3). Plaintiff seeks equitable relief and to enforce the terms of an ERISA-covered employee welfare benefit plan.

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury-Med Malpractice<br>☐ 365 Personal Injury-Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R R. & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☒ 791 Empl. Ret. Inc. Security Act<br>☐ 790 Other Labor Litigation | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS — Third Party 26 USC 7609 | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>Habeas Corpus<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Other | | | |

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):   JUDGE_____   DOCKET NUMBER_____

DATE  2/12/02      SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

Authority For Civil Cover Sheet

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NORTHERN DISTRICT OF TEXAS
FILED
FEB 19 2002
CLERK, U.S. DISTRICT COURT
By _____
   Deputy

| | |
|---|---|
| GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DONALD MILLER, HARDIN RAMEY, and BLAKELEY & RAMEY,<br><br>Defendants. | Case No. **3-02CV0334-D** |

## COMPLAINT

Plaintiff, Great-West Life & Annuity Insurance Company, pleads as follows:

1. This action to enforce the terms of the Employee Welfare Benefit Plan for Employees and Dependents of Baron & Budd (the "Plan") and for equitable relief arises under the Employee Retirement Income Security Act, 29 U.S.C. §§ 1001-1461 ("ERISA").

## PARTIES

2. Plaintiff has been assigned all of the Plan's rights to enforce the Plan's Subrogation and Right of Recovery Provision, is a fiduciary of the Plan and, thus, is authorized to bring this action pursuant to 29 U.S.C. § 1132(a)(3).

3. Defendant, Donald Miller ("Miller"), is a citizen and resident of this District.

4. Upon information and belief, Defendant Hardin Ramey is a citizen and resident of Dallas, Texas.

5. Upon information and belief, Defendant Blakeley & Ramey is conducting business in Dallas, Texas.

## JURISDICTION AND VENUE

6. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 because this action to enforce provisions of the Plan arises under ERISA.

7. Pursuant to 29 U.S.C. §1132(e)(2), venue is proper in this Court because Defendant resides in this District and because the breach of Plan provisions has occurred and is occurring in this District.

## FACTUAL ALLEGATIONS

8. Miller is an employee of Baron & Budd. He elected to participate in the Plan for purposes of obtaining medical, surgical and hospital benefits.

9. On or about June 4, 2001, Miller was injured in a motor vehicle accident.

10. Miller retained Hardin Ramey to represent him in pursing claims against the third parties responsible for his injuries.

11. In connection with the same injuries alleged in those claims, the Plan has paid medical benefits on behalf of Miller in the amount of $30,748.53.

12. The Plan contains an express provision for subrogation and right of reimbursement, which provides for a first lien right of recovery, to the extent of benefits paid, when a covered person makes a recovery from another party responsible for the injuries.

13. Miller has settled his claims for a total amount of $500,000.00. Plaintiff has requested that Miller honor the terms of the Plan, but he has refused to do so.

### I. EQUITABLE RELIEF ENFORCING THE TERMS OF THE PLAN

14. Pursuant to 29 U.S.C. § 1132(a)(3), Plaintiff seeks equitable relief against Defendants to enforce ERISA and the terms of the Plan. By refusing to turn over the $30,748.53

recovery to Plaintiff, Defendants have violated the terms of the Plan. Since these acts and/or practices violate the Plan's terms, this Court should enter an order declaring the Plaintiff's rights, and an order in constructive trust and equitable restitution enforcing the terms of the Plan by requiring Defendants to turn over $30,748.53 out of the $500,000.00 recovered on behalf of Miller.

## II. **PRAYER FOR RELIEF**

15. Plaintiff requests that the Court enter an order granting it a constructive trust and equitable restitution against Defendants requiring them to turn over $30,748.53 to the Plan, including appropriate pre-judgment interest and post-judgment interest at the rate of 1 ½ % pursuant to the terms of the Plan, and for any other relief to which it is entitled and that it be awarded its reasonable attorneys' fees and costs.

Dated this 13th day of February, 2002.

Respectfully submitted,

By: _____
Thomas H. Lawrence
Attorney-in-Charge for Defendant
Federal I.D. No. 22802
State Bar of Texas No. 00787884
John M. Russell
TN Bar No. 17546

OF COUNSEL:

LAWRENCE & RUSSELL, LLP
5050 Poplar Avenue, Suite 1617
Memphis, Tennessee 38157
Telephone: (901) 844-4433
Facsimile: (901) 844-4435